IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**LISA B. FORET**                                                                 **PLAINTIFF**

v.                                                        **CIVIL NO. 1:15cv285-HSO-JCG**

**WENDELTA, INC.**                                                  **DEFENDANT**

## **FINAL JUDGMENT OF DISMISSAL**

The parties having agreed to and announced to the Court a settlement of this case, and the Court being advised that all parties have an informed understanding of their rights and a full appreciation of the consequences of the settlement, and the Court being desirous that this matter be finally closed on its docket, and the parties having all agreed and stated their desire on the record that the Court expressly retain jurisdiction over this matter to enforce the settlement agreement,

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, the above captioned cause is dismissed with prejudice as to all parties, and that the Court specifically retains jurisdiction to enforce the settlement agreement.

**SO ORDERED** this the 8th day of August, 2016.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE